THE HONORABLE MARY JO HESTON
CHAPTER 13
HEARING DATE: October 11, 2018
HEARING TIME: 1:00 P.M.
LOCATION:  Tacoma, Washington
RESPONSE DATE: October 4, 2018

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 18-42579-MJH |
| TIMOTHY ALLEN METZGER and DIANE RENEE METZGER, | TRUSTEE'S OBJECTION TO CONFIRMATION WITH STRICT COMPLIANCE |
| Debtors. | |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and objects to confirmation as follows:

## BACKGROUND

Debtors filed this Chapter 13 case on July 27, 2018.  The applicable commitment period is sixty months.  The case is currently in the second month and the Meeting of Creditors has been completed.  The bar date for filing non-governmental claims is October 5, 2018.  Scheduled unsecured claims total $262,145.00.  The Trustee estimates that under the proposed plan general unsecured creditors will receive approximately $0.00.

Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA  98402
(253) 572-6600

## <u>OBJECTION</u>

☐ Plan is not feasible:

☐ Plan is not proposed in good faith or is forbidden by law:

☐ Plan fails to commit all excess disposable income for the applicable commitment period as required by 11 U.S.C. § 1325(b)(1)(B):

☐ Plan does not meet the best interests of creditors test as required by 11 U.S.C. § 1325(a)(4):

☒ Schedules or other documentation insufficient:

(1) Debtors must provide evidence of their claimed change in income, including post-petition pay advices.

(2) Debtors must provide evidence of their claimed insurance deductions. ECF # 1, pg. 43.

(3) Debtors must provide evidence of their claimed $550.00 telephone, cell phone, internet expenses. ECF # 1, pg.44.

(4) It appears debtors omitted their interest in bank accounts held at Alaska USA FCU and US bank. These accounts should be added to the schedules and exempted if applicable.

☒ Other: Paragraph IX lists an interest rate, which is not applicable and should be removed.

**WHEREFORE**, Trustee requests that the objection to confirmation be sustained and debtors be ordered to file a motion to confirm a plan resolving the issues raised herein within 14 days of entry of the Order Sustaining Trustee's Objection to Confirmation; and to set the hearing on the next available motion calendar after the 14 days expires. If the Motion to Confirm resolving the Trustee's issues is not filed and set for hearing as outlined above, the Trustee requests he be allowed to enter an order dismissing the case, *ex parte*, without notice.

**DATED** this 24th day of September, 2018.

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA# 40476 for
Michael G. Malaier, Chapter 13 Trustee

Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

### <u>CERTIFICATE OF MAILING</u>

I declare under penalty of perjury under the laws of the United States as follows:  I mailed via regular mail a true and correct copy of the Trustee's Objection to Confirmation with Strict Compliance to the following:

Timothy Allen Metzger
Diane Renee Metzger
11210 – 215th Ave. E.
Bonney Lake, WA  98391

The following parties received notice via ECF:

Ellen Ann Brown
James K. Miersma
US Trustee

Executed at Tacoma, Washington on the 24th day of September, 2018.


/s/Tracy Maher
Tracy Maher
Office Manager
Michael G. Malaier
Chapter 13 Trustee

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH STRICT COMPLIANCE - 3